UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　Case No. 8:12-cv-2076-T-30EAJ

$40,000.00 IN U.S. CURRENCY

    Defendant.

## JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court on the United States' Motion for a Judgment of Forfeiture (Doc. 34) for $40,000.00 of the Defendant Funds, pursuant to the provisions of 21 U.S.C. § 881(a)(6) and Supp'l Rule G, Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions.

On December 17, 2013, a verdict of guilty was returned as to the Defendant Funds. The jury concluded that the Defendant Funds were furnished or intended to be furnished by a person in exchange for a controlled substance, and intended to be used to facilitate a federal controlled substance offense.   Accordingly, $40,000.00 of the Defendant Funds is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

The Court notes that the United States filed a Declaration of Publication that reflects that notice of this forfeiture was posted on an official government internet website (www.forfeiture.gov) for at least 30 consecutive days, beginning on September 22, 2012,

1

pursuant to Supp'l Rule G(4)(a)(iv)(C).  The only person known to have an alleged interest in the Defendant Funds is Benny Bowden, II; no other party with an alleged interest in the Defendant Funds has timely filed a claim, and the time for filing such a claim has expired.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. The United States' Motion for a Judgment of Forfeiture (Doc. 34) for good cause shown is hereby GRANTED.

2. Pursuant to the provisions of 31 U.S.C. § 5317(c)(2) and Supp'l Rule G, all right, title, and interest in $40,000.00 of the Defendant Funds is hereby CONDEMNED and FORFEITED to the United States for disposition according to law.

3. Clear title to the $40,000.00 is now vested in the United States of America.

4. The Clerk of Court is directed to close this case.

DONE and ORDERED in Tampa, Florida, this 19th day of December, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2012\12-cv-2076 judgment of forfeiture.docx